[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11962
Non-Argument Calendar
_____

D.C. Docket No. 4:15-cr-00021-RH-CAS-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRAIG MICHAEL HATHCOCK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(October 4, 2017)

Before ED CARNES, Chief Judge, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Barbara Jean Throne, appointed counsel for Craig Michael Hathcock, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hathcock's convictions and sentences are **AFFIRMED**.